Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE: ORINDA INTELLECTUAL PROPERTIES v. _____

No. 14-1310

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Orinda Intellectual Properties U.S. Holding Group, Inc.
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Craig R. Kaufman
Law firm: FREITAS TSENG & KAUFMAN LLP
Address: 100 Marine Parkway, Suite 200
City, State and ZIP: Redwood Shores, CA 94065
Telephone: (650) 593-6300
Fax #: (650) 593-6301
E-mail address: ckaufman@ftklaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/11/14                              /s/Craig R. Kaufman
Date                                 Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

  I certify that on March 11, 2014, a copy of the ENTRY OF APPEARANCE was served upon counsel of record by electronic means (by email or CM/ECF):

| | |
|---|---|
| Molly R. Silfen | molly.silfen@uspto.gov |
| Nathan K. Kelley | nathan.kelley@uspto.gov |
| Joseph A. Sawyer, Jr. | sawyer@sawyerlawgroup.com |

        */s/Craig R. Kaufman*
        Craig R. Kaufman
        Freitas Tseng & Kaufman LLP
        100 Marine Parkway, Suite 200
        Redwood Shores, CA  94065
        Telephone:  (650) 593-6300
        Facsimile:   (650) 593-6301
        ckaufman@ftklaw.com